## STATE OF CONNECTICUT *v.* JEFFREY D. PITKIN
## (AC 34997)

Gruendel, Lavine and Pellegrino, Js.

Argued December 10, 2013—officially released January 7, 2014

Per Curiam. The judgment is affirmed.

---

## STATE OF CONNECTICUT *v.* RONALD ROJAS
## (AC 35322)

Alvord, Keller and Bishop, Js.

Argued January 6—officially released January 21, 2014

Per Curiam. The judgment is affirmed.

---

## YUSUF KUMANTAS *v.* COMMISSIONER
## OF CORRECTION
## (AC 35193)

Bear, Keller and Schaller, Js.

Submitted on briefs January 8—officially released January 28, 2014

Per Curiam. The appeal is dismissed.